UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| JAMES W. ANDERSON, ) | Case No. 16-43581-659 |
| ) | Chief Judge Kathy A. Surratt-States |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| KATHLEEN L. ANDERSON, ) | **Adversary No. 16-4110-659** |
| ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| JAMES WAYNE ANDERSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The matter before the Court is Plaintiff's Adversary Complaint to Dischargability of Debtor Pursuant to 11 U.S.C. §523(a)(5) and 11 U.S.C.§ 523(a)(15).  For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **GRANTED IN PART** in that Plaintiff's request to deny dischargability is **GRANTED** and judgment is entered in favor of Plaintiff in that the debt described in Claim 6-1 is nondischargeable pursuant to Section 523(a)(5); and

I**T IS FURTHER ORDERED THAT** the relief requested in Plaintiff's Complaint is **DENIED IN PART** in that Plaintiff's request to deny dischargability is **DENIED** and judgment is entered in

favor of Defendant in that the debt described in Claim 5-1 is dischargeable; and this is the final judgment and order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: January 26, 2018
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Nathan S. Cohen
210 S. Bemiston
Clayton, MO 63105

Kathleen L Anderson
943 Morena Court
Ballwin, MO 63011

James B. Day
Law Office of James B. Day
13321 N. Outer Forty Road - Ste. 600
Chesterfield, MO 63017

James Wayne Anderson
2285 Appalossa Trail
High Ridge, MO 63049